FILED

SEP 21 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re: ) Case Number: 12-41300
)
George & Hope Castro )
)
Debtor(s) )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. § 347(a), 28 U.S.C. § 2042, and the application of Dilks & Knopik, LLC, seeking payment of funds previously unclaimed by Vantium Capital in the above-entitled case. It appears from the application and supporting documentation that ClearSpring Loan Services, Inc. f/k/a Vantium Capital is entitled to the funds paid into Court.

Therefore,                                     ✓            **Unclaimed Funds** RJB

**IT IS ORDERED** that the Clerk is directed to pay $354.16 from the ~~Treasury Registry~~ to:

ClearSpring Loan Services, Inc. f/k/a Vantium Capital
and Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065-9216

DATED: 9/21/16

_Robert Bardwil_
UNITED STATES BANKRUPTCY JUDGE